Arthur E. Lethbridge and Others, Appellants, v. Israel Miller, Respondent.— Order affirmed, with ten dollars costs and disbursements.

No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.